UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| ADAM SCOTT MITCHELL, | ) | |
| | ) | |
| Petitioner | ) | NO. 2:14-CR-113 |
| | ) | NO. 2:16-CV-147 |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT AND ORDER

In accordance with the accompanying Memorandum, Petitioner's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED**, and this action is **DISMISSED**. Should the Petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The Court certifies that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court hereby **DENIES** the Petitioner's leave to proceed *in forma pauperis* on appeal.

The Clerk is **DIRECTED** to close the civil file.

SO ORDERED:

s/ Leon Jordan
United States District Judge


ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT